653 A.2d 1224

**Barbara WOLFE, Appellant,**

v.

**The AETNA CASUALTY & SURETY COMPANY.**

Supreme Court of Pennsylvania.

Argued Jan. 26, 1995.

Decided Feb. 14, 1995.

Edwin L. Stock, Andrew F. Fick, Reading, for Barbara Wolfe.

V.P. DePillis, Joshua Bachrach, Philadelphia, for Aetna.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CAPPY, J., and MONTEMURO, J., who is sitting by designation, dissent.